IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Dexter Antonio Sheppard, #312344, ) | C/A NO. 4:11-486-CMC-TER |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| Lt. Robert Forrest, Timothy Riley, Warden, ) | |
| Jonathan Ozmint, Agency Director, Gary ) | |
| D. Lane, Associate Warden, Ann B. ) | |
| Hallman, Central Grievance Director, ) | |
| Jerry C. Alexander, Capt. at TRCI, ) | |
| Christine Thompson Grievance ) | |
| Coordinator, Laura E. Caldwell, Associate ) | |
| Warden, R.L. Turner, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On August 16, 2012, this court granted Defendants' motion for summary judgment and dismissed this matter with prejudice. Plaintiff's objections to the Report and Recommendation of the Magistrate Judge were due August 13, 2012. *See* F.R.Civ. P. 6(a)(1)(C); 5(b)(2)(C). At the time of dismissal, the time for responding to the Report and Recommendation of the Magistrate Judge under the Rules had expired, and no objections had been received.

On Friday, August 17, 2012, the Clerk received a document from Plaintiff titled "Objection to the Report and Recommendation." ECF No. 105. This document is dated and was mailed August 16, 2012, *see* ECF No. 105-1 at 1. Accordingly, Plaintiff's objections to the Report and Recommendation are untimely.

However, out of an abundance of caution, the undersigned has reviewed Plaintiff's "Objection," and finds that the document fails to address the Report. Instead, Plaintiff's filing is a

1

reiteration of the arguments and positions taken in opposition to Defendants' summary judgment motion.

Accordingly, the court affirms its Opinion and Order granting summary judgment to Defendants and dismissing this matter with prejudice.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie  
CAMERON McGOWAN CURRIE  
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina  
August 20, 2012